**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **GLENCORE LTD.,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | **CIVIL ACTION NO.** 2:23-cv-21-DLB-CJS |
| **v.** | § | |
| | § | |
| **EMERALD INTERNATIONAL** | § | |
| **CORPORATION,** | § | |
| | § | |
| **Respondent.** | § | |

**PROPOSED JUDGMENT**

This Court, having considered Glencore Ltd.'s *Petition for Confirmation, Recognition, and Enforcement of Domestic Arbitration Award*, hereby renders final judgment in favor of Glencore Ltd. consistent with the Final Award, dated February 14, 2022, and the Final Post-Award Decision, dated January 23, 2023, issued by the Arbitral Tribunal of the International Chamber of Commerce, attached to Glencore Ltd.'s *Petition* and which are incorporated herein by reference. Specifically, as set forth in the Final Award and Final Post-Award Decision:

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Glencore Ltd. and against Emerald International Corporation in the amount of $628,662.56, plus post-judgment interest, at a rate of 9% per annum from the date the Final Award was rendered, plus costs in the amount of $151,150.00.

_____, **KENTUCKY**, this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**